IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. COLLINS, VICTORIA C. COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> POWER DEFAULT SERVICES, INC., F/K/A AHMI DEFAULT SERVICES, INC., a Delaware corporation, et al., <br><br> Defendants. | Case No. 09-4838 SC <br><br> ORDER DISMISSING CASE |

On January 14, 2010, the Court granted the motion to dismiss filed by Defendants. See Docket No. 10 ("Order"). Plaintiffs had thirty (30) days to file an Amended Complaint, and the Order stated that failure to do so would result in dismissal of the case with prejudice. Plaintiffs have not filed an Amended Complaint. Accordingly, the case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: February 22, 2010

UNITED STATES DISTRICT JUDGE