**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4               FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   TIMOTHY J. COLLINS,                ) Case No. 09-4838 SC
    VICTORIA C. COLLINS,               )
7                                      ) ORDER DISMISSING CASE
            Plaintiffs,                )
8                                      )
9       v.                             )
                                       )
10  POWER DEFAULT SERVICES, INC.,      )
    F/K/A AHMI DEFAULT SERVICES,       )
11  INC., a Delaware corporation, et   )
    al.,                               )
12                                     )
13          Defendants.                )
                                       )
14                                     )

15

16      On January 14, 2010, the Court granted the motion to dismiss

17  filed by Defendants.  See Docket No. 10 ("Order").  Plaintiffs had

18  thirty (30) days to file an Amended Complaint, and the Order stated

19  that failure to do so would result in dismissal of the case with

20  prejudice.  Plaintiffs have not filed an Amended Complaint.

21  Accordingly, the case is DISMISSED WITH PREJUDICE.

22

23      IT IS SO ORDERED.

24

25      Dated: February 22, 2010

26                                      UNITED STATES DISTRICT JUDGE

27

28